# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| HUGH LOCKLEAR SR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00106-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIK A. HOOKS, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2020 Order.

October 1, 2020

_____
Frank G. Johns, Clerk
United States District Court